William B. McIlwain, appellee, v. Otto Kloth et al., appellants.

Opinion filed September 6, 1934.

Wm. G. Juergens and J. Fred Gilster, for appellants. Wm. H. Schuwerk, for appellee.

Mr. Presiding Justice Edwards delivered the opinion of the court.